## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THANDA WAI, et al.,

        **Plaintiffs,**

        v.

ALLSTATE INSURANCE COMPANY, et al.,

        **Defendants.**

**Civil Action 97-01551 (HHK)**

FILED

MAY 30 2001

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

Based upon the NOTICE REGARDING THE CONCLUSION OF ACTION docketed May 22, 2001, it is hereby **ORDERED** that this case is terminated and shall be removed from this court's docket.

**SO ORDERED**

_/s/ Henry Kennedy_

Henry H. Kennedy, Jr.
United States District Judge

Dated: **5/30/01**